Michele Ballard Miller (SBN 104198)
Lindsey A. Urbina (SBN 179105)
Jessica F. Mills (SBN 220997)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant THE CULINARY INSTITUTE OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CAMP and BEVERLY MARTINETS, <br><br> Plaintiffs, <br><br> v. <br><br> THE CULINARY INSTITUTE OF AMERICA, and Does 1 through 10, Inclusive, <br><br> Defendants. | Case No.: C 05-4433 WHA <br><br> [PROPOSED] ORDER REGARDING DISCOVERY <br><br> Complaint filed: September 26, 2005 |

Having heard the arguments of counsel for Plaintiffs and Defendant during the telephone conference call on April 17, 2006 regarding a discovery dispute relating to information pertaining to Plaintiffs' employment subsequent to their employment with Defendant and to the scheduling of Plaintiff Rose Camp's deposition, the Court hereby ORDERS as follows:

(1) Plaintiffs are ORDERED to produce any and all records of salary or wages and benefits received from any employer from the time their employment with Defendant terminated to the present, including but not limited to all payroll records of Plaintiffs during this time period that are within their possession, custody or control. Any

such documents that have not already been produced must be produced on or before the date of each Plaintiff's deposition. Should either Plaintiff fail to produce any such documents at their deposition, said deposition shall continue on a date when such documents will be produced and Plaintiffs shall bear the expense of any such additional deposition time.

(2) Plaintiffs are ORDERED to provide complete responses to deposition questions requesting identification of each employer and each supervisor each Plaintiff has worked for from the time their employment with Defendant terminated to the present. Plaintiffs may not withhold from disclosure the identities of any such subsequent employer or supervisor, including either of Plaintiffs' current employers or supervisors.

(3) Plaintiff Camp is ORDERED to appear for deposition on May 15, 2006, at 8:00 a.m., at the offices of Miller Law Group, 60 East Sir Francis Drake Boulevard, Suite 302, Larkspur, California, 94939. This deposition date cannot be changed without Defendant's consent.

(4) Defendant is ORDERED to meet and confer with counsel for Plaintiffs prior to issuing a subpoena to or noticing the deposition of any employer of either Plaintiff subsequent to Plaintiffs' employment with Defendant. Should Plaintiffs object to such subpoena or deposition and the parties are unable to resolve the dispute through their meet and confer attempts, Plaintiffs may bring the dispute before the Court.

IT IS SO ORDERED.

Dated: April 24, 2006

IT IS SO ORDERED
Judge William Alsup

UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM.

Dated: April 21, 2006

THE HUBER LAW FIRM

By: /s/ Beth Huber
Beth Huber
Attorneys for Plaintiffs ROSE CAMP and
BEVERLY MARTINETS