MICHELE BALLARD MILLER (SBN 104198)
LINDSEY A. URBINA (SBN 179105)
JESSICA F. MILLS (SBN 220997)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, California 94939
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

Attorneys for Defendant
THE CULINARY INSTITUTE OF AMERICA

BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, California 94901
Telephone: (415) 456-4411
Facsimile: (415) 453-8269

Attorneys for Plaintiffs
ROSE CAMP and BEVERLY MARTINETS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CAMP and BEVERLY MARTINETS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CULINARY INSTITUTE OF AMERICA, and Does 1 through 10, inclusive,<br><br>Defendants. | NO. C 05 4433 WHA<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF ROSE CAMP'S DEPOSITION |

On April 24, 2006, this Court ordered that the deposition of Rose Camp proceed on May 15, 2006, commencing at 8:00 a.m., and that the date of the deposition could only be changed if Defendant agreed.

1  The parties hereby stipulate that the deposition of Rose Camp will
2  proceed on May 16, 2006, commencing at 9:00 a.m. and continuing until approximately
3  5:00 p.m. The parties have also agreed that Plaintiffs and defense witnesses Mark
4  Erickson and Reuben Katz may be deposed for up to ten hours each (exclusive of
5  recesses). Accordingly, the parties will schedule a mutually agreeable additional date
6  on which to conclude Ms. Camp's deposition and mutually agreeable dates on which to
7  take Mark Erickson's and Reuben Katz's depositions.
8  Facsimile signatures shall be treated the same as original signatures for
9  purposes of this stipulation.

11  SO STIPULATED.

14  DATED: May 12, 2006

MILLER LAW GROUP

_____
Lindsey A. Urbina
Attorney for Defendant
THE CULINARY INSTITUTE OF AMERICA

HUBER LAW FIRM

19  DATED: May 12, 2006

_____
BETH A. HUBER
Attorney for Plaintiffs
ROSE CAMP AND BEVERLY MARTINETS

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: May 15, 2006

_____
Honorable William H. Alsup
United States District Judge

*APPROVED — Judge William Alsup*