IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CAMP and BEVERLY MARTINETS,<br><br>     Plaintiffs,<br><br>  v.<br><br> THE CULINARY INSTITUTE OF AMERICA, and DOES 1 through 10, inclusive,<br><br>     Defendants.<br>_____/ | No. C 05-04433 WHA<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF** |

Finding no good cause, the parties' joint request to extend the non-expert discovery cut-off is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE