1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ROSE CAMP and BEVERLY MARTINETS,              No. C 05-04433 WHA

11              Plaintiffs,

12        v.                                       **SECOND ORDER DENYING**
                                                   **REQUEST FOR EXTENSION**
13    THE CULINARY INSTITUTE OF                     **OF NON-EXPERT**
      AMERICA, and DOES 1 through 10,              **DISCOVERY CUT-OFF**
14   inclusive,

15              Defendants.

16   ─────────────────────────────────────/

17        On July 17, 2006, the Court denied the parties' joint request for a 39-day extension to

18   the non-expert discovery cut-off, finding that the parties failed to establish good cause. Days

19   later, the parties have renewed their request for an extension.

20        The case management order in this action set the non-expert discovery cut-off for

21   September 22, 2006. The parties apparently have important depositions that they still intend to

22   take. The parties acknowledge, however, that the desired deponents will be available in late

23   August or early September — *before* the discovery cut-off. The parties now explain that the

24   rationale for an extension is to allow for 'follow-up' written discovery and for related 'follow-

25   up' discovery motions.

26        This action was removed to federal court on November 1, 2005. The initial complaint

27   was filed in state court on September 15, 2005. Given that one-year will have elapsed by the

28

**United States District Court**
For the Northern District of California

1   date of the discovery cut-off, the purported justification of a need to propound further written

2   discovery does not constitute good cause for an extension.

3       Nevertheless, this order is without prejudice to the parties to seek an extension of the

4   deadline from the Court, closer to the September 22 cut-off and after the completion of the

5   necessary depositions, on a showing of a *particularized* need for further discovery.  Until that

6   time, the parties' request for an extension is still **DENIED**.

7

8       **IT IS SO ORDERED.**

9

10  Dated:  July 20, 2006

11                                    WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2