BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, California 94901
Telephone: (415) 456-4411
Facsimile: (415) 453-8269

Attorneys for Plaintiffs
ROSE CAMP and BEVERLY MARTINETS

MICHELE BALLARD MILLER (SBN 104198)
LINDSEY A. URBINA (SBN 179105)
JESSICA F. MILLS (SBN 220997)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, California 94939
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

Attorneys for Defendant
THE CULINARY INSTITUTE OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSE CAMP and BEVERLY MARTINETS, | NO. C 05 4433 WHA |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF ROSE CAMP'S CLAIMS WITH PREJUDICE |
| v. | |
| THE CULINARY INSTITUTE OF AMERICA, and Does 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant The Culinary Institute of America and Plaintiff Rose Camp ("Plaintiff Camp"), through their designated counsel, that all of Plaintiff Camp's claims contained in the above-captioned action, be

1  and hereby are dismissed, in their entirety, with prejudice, pursuant to Federal Rule of
2  Civil Procedure 41(a)(1), each party to bear its own attorneys' fees and costs.

DATED: 11-1-06

*[signature]*
Rose Camp, Plaintiff

HUBER LAW FIRM

DATED: 11-17-06

*[signature]*
Beth A. Huber
Attorney for Plaintiffs
ROSE CAMP AND BEVERLY MARTINETS

THE CULINARY INSTITUTE OF AMERICA

DATED: 11/22/06

By: *[signature]*
Robert Graham
Director of Administration and Finance

MILLER LAW GROUP

DATED: 11-20-06

*[signature]*
Michele Ballard Miller
Jessica F. Mills
Attorney for Defendant
THE CULINARY INSTITUTE OF AMERICA

IT IS SO ORDERED:

DATED: December 4, 2006

*[seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT, CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

Honorable William H. Alsup
United States District Judge, Northern
District, California

---

2
STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF ROSE CAMP'S CLAIMS WITH PREJUDICE
Case No. C 05 4433 WHA