BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, California 94901
Telephone: (415) 456-4411
Facsimile: (415) 453-8269

Attorneys for Plaintiffs
ROSE CAMP and BEVERLY MARTINETS

MICHELE BALLARD MILLER (SBN 104198)
LINDSEY A. URBINA (SBN 179105)
JESSICA F. MILLS (SBN 220997)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, California 94939
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

Attorneys for Defendant
THE CULINARY INSTITUTE OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROSE CAMP and BEVERLY MARTINETS, | NO. C 05 4433 WHA |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF MARTINETS'S CLAIMS WITH PREJUDICE |
| v. | |
| THE CULINARY INSTITUTE OF AMERICA, and Does 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant The Culinary Institute of America and Plaintiff Beverly Martinets ("Plaintiff Martinets"), through their designated counsel, that all of Plaintiff Martinets's claims contained in the above-captioned action, be and hereby are dismissed, in their entirety, with prejudice, pursuant

1
STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF MARTINETS'S CLAIMS WITH PREJUDICE
Case No. C 05 4433 WHA

to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorneys' fees and costs. This Stipulation and Order of Dismissal With Prejudice pertains to the claims of Plaintiff Martinets only and not to the claims of Plaintiff Rose Camp.

DATED: 9/11/06

Beverly Martinets, Plaintiff

HUBER LAW FIRM

DATED: 10/12/06

Beth A. Huber
Attorney for Plaintiffs
ROSE CAMP AND BEVERLY MARTINETS

THE CULINARY INSTITUTE OF AMERICA

DATED: 12/12/06

By: _____
Robert Graham
Director of Administration and Finance

MILLER LAW GROUP

DATED: 12-13-06

Michele Ballard Miller
Jessica F. Mills
Attorney for Defendant
THE CULINARY INSTITUTE OF AMERICA

IT IS SO ORDERED:

DATED: December 21, 2006

_____
Honorable William H. Alsup
United States District Judge, Northern District, California

---

2
STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF MARTINETS'S CLAIMS WITH PREJUDICE
Case No. C 05 4433 WHA